**No. 43072.**—Protest 795845–G/10349 of Paul Gelpi & Sons, Inc. (New Orleans).

Opinon by KEEFE, J. It was established that the internal revenue tax was imposed on 95 gallons of rum which were short shipped or lost through breakage prior to withdrawal. The protest was accordingly sustained to that extent.